# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TALIA HALFORD,**

      **Plaintiff,**

vs.                                                                          **No. CV 13-0805 KG/CG**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
## AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 25], filed January 12, 2015, no objections having been filed by either party, the Court ADOPTS the Magistrate Judge's Proposed Findings and Recommended Disposition; and GRANTS the Motion to Reverse and Remand for a Rehearing [Doc. 17].

**IT IS THEREFORE ORDERED** that

    1.  The Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 25], filed January 12, 2015, is ADOPTED; and

    2.  Plaintiff's Motion to Reverse and Remand for a Rehearing [Doc. 17], filed May 19, 2014, is GRANTED in part, and this case is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Proposed Findings and Recommended Disposition.

_____
UNITED STATES DISTRICT JUDGE


Submitted by:

  s/ Francesca J. MacDowell
Francesca J. MacDowell
Attorney for Plaintiff


Approved by email on March 2, 2015, by:

_____
Manny J. Lucero, AUSA
Attorney for Defendant