IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALIA HALFORD,

      Plaintiff,

v.                                              Case No. 1:13-cv-0805-KG-CG

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

      Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Adopting Magistrate Judge's Proposed Finding and Recommended Disposition*, (Doc. 26), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for Payment of Benefits, or in the Alternative for Rehearing, with Supporting Memorandum*, (Doc. 17), shall be **GRANTED in part** and this case be **REMANDED** to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE